# PICK & ZABICKI LLP
## ATTORNEYS AT LAW
369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick
Eric C. Zabicki

Telephone: (212) 695-6000
Facsimile: (212) 695-6007
E-mail: DPick@picklaw.net

April 9, 2024

**VIA ECF & E-MAIL**
Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:    *Nancy J. Hertzfeld – Chap. 11 - Case No. 23-10058 (LGB)*

Dear Judge Beckerman:

I write to provide a brief status report with respect to Nancy Hertzfeld's efforts to obtain a reverse mortgage. We are advised by Nationwide Equities Corp. that Ms. Hertzfeld has completed her required counseling session, signed an application and provided her supporting documents to the proposed lender. Nationwide further advised that it received title work and Mrs. Hertzfeld's file has been submitted to underwriting. My office recently provided certain bankruptcy-related documents which had been requested. We are advised that a response should be received imminently.

In light of the foregoing, we would respectfully request that the status conference scheduled to be held tomorrow, April 10, 2024 at 10:00 a.m. be adjourned for approximately thirty (30) days.

Thank you for your attention to this matter.

Respectfully submitted,

Douglas J. Pick